Cooby

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

MOSES White Jr.
5236 west shade vally Dr.
montgomery, AlABAmA 36108
Plaintiff(s), 33-281-252~
)
)
)
)
)
)
v.                                              )
STATE OF AlABAmA                        )
T.A. Fuenter M.P.D. CAPT. Hawkins )
M.P.D. Trial court CASE NO CC93-1254 )
LT. S. William M.P.D. Defendant(s).     )
aircuit/District Judge
Joseph PHelps

RECEIVED

2007 JAN -5  A 10: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. _____

**COMPLAINT**

1.    Plaintiff(s)' address and telephone number: 5236  west shade vally Dr.
montgomery, AlABAmA 36108
36108    334-281-2522

2.    Name and address of defendant(s): MARY LAmBert  montgomery county
CouRTHouse, T.A. Fuestes, M.P.D, CApt Hawkins, M.P.D.
Jack Hunter, montgomery county youth Facility
Bruce Howell montgomery county youth Facility
District Attorney, Fifteenth Judicial circuit of AlABAmA,
District Attorney Jon Tuner, BOB merrill.

3.    Place of alleged violation of civil rights: circuit court No. CC93-1254 PH
montgomery, AlABAmA circuit court.

4.    Date of alleged violation of civil rights: 6-15-1993

5.    State the facts on which you base your allegation that your constitutional rights have been
violated: CHILD ABUSE / SEX ABUSE I clerk of the
circuit court of montgomery county, Inalienable Rights,
Due Process of Law, probable cause, Bias, Jury Tempr,
the Bailiff Handcuff Jill Taylor, NO Preliminary Hearing,
Hearsay Evidence, Warrantless search, Failure
to have Legal counsel during interrogation, Drop TO
sexual ABuse II

1

6. - Relief requested: I just won't my job Back
montgomery co. Youth Facility.
constable montgomery county precinct 2-I
Licensed Private Detective city of montgomery

Date: 1-6-2007

MOSES White Jr

Moses white
**Plaintiff(s) Signature**

NOTARY PUBLIC
1-5-07
LaShondra Williams
3-28-09

2

Motion;

3.12 circumstantial (Evidence - conduct
     as Evidence of Guit

conn - state V. couture. 2 conn.
        cir 683  205 A.2d 387 (1965)
PA - In re Lupenskis' Estate. 57 Berks
204.15 Fiduciary 548 (1965); Fla
Stettle V. Huggins, 134 so. 2d 534
(App 1962)

1.26 Hearsay Evidence
THE rule basically states that if the
testimony is hearsay, it should not be
admissible on a trial.
        B. Ascertainment of Guilt: the
Prosecution's Burden of Proof Beyond
A Reasonable Doubt.
In re winship: 397 U.S. 358. 90 s.cT
1068. 25 L.Ed. 368 a (1970)
model Penal code
        (Proposed official Draft 1962)
Section 1.12 Proof Beyond A Reasonable Doubt.
Affirmative Defenses. Burden of proving Fact
when not an Element of an offense; presumption
the Abbreviation "F.2d stand for Federal Roporter
second series.

②

motion. violation of civil rights.
writ of Habeas corpus

I ASK to see my lawyer, but
toss the phone from the wall.
constitotional right to counsel was
viollated.

model Penal code. comment TO
  # 501 (1) . 39-48
   Tent Draft No. 10 (1960)
model Penal code comment TO
   ARTICLE S. 24-26
     (tenT Draft No. 10 1960)
   Taft - Hartley Act. 29 U.S.CA S 186
   tHe Proposed Federal criminal code (1971)

Liability AS an AIDER And ABETTOR
  OR INCITOR
   18 United State code
    2 principals

510  RecorDs And JudiciaL Documents
   conn. state ex rel caputso V. Flis,
   conn. 473. 133 A 2d 901 (1957): FlA
   milk commission U. Dade county Dairies
   145 Fla. 579. 200 50  83 (1941)

  1.24 Prima FACIE EViDENCE
    Idaho—miller U. Belknap 75
     Idaho-46 266 p.2d 662 (1954)

(3)    Writ of Habeas corpus:

I Ask to see my lawyer, but tossed the phone from the wall. Constitutional right to counsel was Viollated. M.P.D.

I paid my counsel $5000.00 CASH. He took my money, He went out Town, when he return NO Preliminary Heaving he gave me $500.00 Back and move around the street. Charles Law my counsel told me to get out, He kept moving from one build to another.

1-5-2007
Moses White Sr.
Moses White Jr.

(4)

MOTION: TO PROCEED IN FORMA PAUPERIS

CRIMINAL CASE

I AM financially unable to hire an attorney and request that the court appoint one for me.

Mr. Mark A. Dutton
Attorney At Law, L.L.C.
                PH (256) 974-0054
                Fax (256) 974-0090
                www. mad4law.com.

714 East Street
Moulton, Alabama
                         35650

                              1-5-2007
                              Moses White Jr.
                              Moses White Jr.

NOTARY PUBLIC
Lashondra Williams 1-5-07       CC-93-1254-PH.
Commission expires               montgomery county
    3-28-09                       334-281-2522