M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2007 JAN -5 A 10: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07CV23 - WKW

Plaintiff(s):
MOSES WHITE JR.
5236 West Shade Valley Dr.
Montgomery, Alabama 36108
334-281-2522

Defendant(s):
STATE OF ALABAMA
T.A. Fuenter M.P.D. Capt. Hawkins M.P.D. Trial Court Case No. 93-1254
Circuit/District Judge Joseph Phelps. Circuit Court Montgomery Alabama County Montgomery.

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) MOSES WHITE JR.

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Moses White Jr.
Plaintiff(s) signature

NOTARY PUBLIC
Lashondra Willars
1-5-07
Commission expires
3-28-09

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

__MOSES white Jr.__

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: __CC 93-1254__

I, __Moses white Jr.__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Schwan's sales Enterprises $9,873 tated social Security Earning 2000 Jan. 115 west college Drive Marshall minnesota 56258 (507)532-3274__

3. In the past 12 twelve months have you received any money from any of the following sources? __410 old Farm Lane N. Prattville 36066 (334-285-6100)__

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends               ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes    ☐ No

   If "Yes," state the total amount. 30.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.   5236 West shade valcy Dr.
   montgomery, Alabama. 36108
   $60,000 (mother)
   1989 Grand Marquis Ford, $500.00
   1986 Ford Bronco ($100.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Child supt  Andrenou Dunkin 3 |
               Marqette Moorer 17.

I declare under penalty of perjury that the above information is true and correct.

1-5-2007                    Moses White
   Date                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.