IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOSES WHITE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-00023-WKW |
| | ) | |
| STATE OF ALABAMA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 11th day of January, 2007.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE