IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOSES WHITE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:07-cv-23-WKW |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(d) and (e)(2)(i).

An appropriate judgment will be entered.

DONE this 6th day of April, 2007.

         /s/   W.  Keith Watkins          
UNITED STATES DISTRICT JUDGE