IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA DIVISION

Moses White Sr.
[...] West Shade Valley Dr
Montgomery, Alabama
36108

Plaintiff

vs.

STATE OF ALABAMA
T.A. Foester M.P.D.
CAPT. Hankins M.P.D.
LT. S. Willilliam M.P.D.

CASE NO. CC 93-1254

Defendant

2-07CV23-WKW

RECEIVED
2007 APR 17 A 11:33
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

RECEIVED
APR 17 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

LaShondra Williams
NOTARY PUBLIC
Comm exp 8-28-09

Motion

Motion to Proceed in Forma Pauperis

I Moses White Sr. declare that I am the petitioner plaintiff movant in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint petition motion.

I am financially unable to hire an attorney and request that the court appoint one for me.

4-17-07
Moses White Sr.
Moses White Jr.