IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOSES WHITE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-23-WKW |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the plaintiff's Motion to Proceed in Forma Pauperis (Doc. # 7), which also contains a motion to appoint counsel. This case was dismissed and a final judgment was entered on April 6, 2007. Nothing in the present motion indicates that the plaintiff is seeking to take an appeal in forma pauperis. Furthermore, a plaintiff in a civil action has no right to court-appointed counsel. Accordingly, the motions are DENIED.

Done this 23rd day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE